**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gene Edward Scott, II, | No. CV-24-02539-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Party, | |
| Defendant. | |

Plaintiff has filed a Complaint that is patently frivolous. Therein, he alleges that "only 1% of airlines for passengers are Negros owned in the United States and less than 2% of airlines are legally owned by Negros in the Universe." (Doc. 1 at 4). For relief he seeks "to never be @ fault" and "to be legal Gigolo during forever." (*Id*. at 5). He does not identify any defendants.

"[A] complaint, containing both factual allegations and legal conclusions is frivolous where it lacks an arguable basis either in law or in fact." *Nietzke v. Williams*, 490 U.S. 319, 325 (1989). "[A] finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or wholly incredible, whether or not there are judicially recognized facts available to contradict them." *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).

Moreover, in light of Plaintiff's pattern of filing frivolous actions, *see, e.g., Scott v. Veterans Administration et al*, 2:23-cv-01151-DWL at Doc. 12 (discussing Plaintiff's pattern of filing frivolous cases, usually accompanied by IFP applications, each a

different account of Plaintiff's finances, even when filed in the same month, and then voluntarily dismissing them), it is clear that leave to amend would be futile.

Accordingly,

**IT IS ORDERED** that this action is **dismissed** without leave to amend. The Clerk shall terminate the action.

**IT IS FURTHER ORDERED** that the Application for Leave to Proceed *In Forma Pauperis* (Doc. 2), the *Ex Parte* Motion for Summary Judgment and Motion to Dismiss Case (Doc. 8), and Motion for Reconsideration (Doc. 9) are **denied** as moot.

Dated this 8th day of January, 2025.

Honorable Diane J. Humetewa
United States District Judge